IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAAMI MAAT, | ) | |
|     Plaintiff, | ) | 08 C 1928 |
| | ) | |
| v. | ) | |
| | ) | Judge MANNING |
| | ) | |
| OFFICER JOHN DOE, JOHN ROE, and | ) | Magistrate Judge Valdez |
| THE CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
|     Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, with Plaintiff's agreement respectfully requests this Honorable Court for an extension of time up to and including July 3, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on April 3, 2008, in the United States District Court, Northern District of Illinois. Assistant Corporation Counsel Rita Moran was assigned the case on June 3, 2008.

2. The undersigned has not yet had an opportunity to order any of the Chicago Police Department records to enable Defendant to properly respond to Plaintiff's Complaint.

3. This motion is Defendant's first request for an extension of time to answer or

otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice Plaintiff.

5. Plaintiff's counsel was informed of this motion on June 3, 2008, and does not oppose Defendant's request.

**WHEREFORE**, Defendant, City of Chicago, with Plaintiff's agreement, respectfully requests that it be given until July 3, 2008, to answer or otherwise plead to Plaintiff's Complaint.

                        Respectfully Submitted,

                        MARA S. GEORGES
                        CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
        RITA MORAN
        Assistant Corporation Counsel
        Attorney for Defendant City of Chicago

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-4939
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 4th day of June, 2008.

      /s/ Rita Moran
      RITA MORAN
      Assistant Corporation Counsel
      Attorney for Defendant City of Chicago