IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAAMI MAAT, | ) | |
|       Plaintiff, | ) | 08 C 1928 |
| | ) | |
| v. | ) | |
| | ) | Judge MANNING |
| | ) | |
| OFFICER JOHN DOE, JOHN ROE, and | ) | Magistrate Judge Valdez |
| THE CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
|       Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties of record

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning, or before such other Judge sitting in her place or stead, on the 12th day of June, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

    **DATED** at Chicago, Illinois this 4th day of June, 2008.

                                      MARA S. GEORGES
                                      CORPORATION COUNSEL
                                      CITY OF CHICAGO

                    BY:   /s/ Rita C. Moran
                                    RITA C. MORAN
                                    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301