IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAAMI MAAT, | ) | |
| | ) | No.   08 C 1928 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE BLANCH M. MANNING |
| THE CITY OF CHICAGO, a Municipal | ) | |
| Corporation, et al., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | JURY DEMAND |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Standish E. Willis
      The Law Office of Standish E. Willis, Ltd.
      407 South Dearborn Street - Suite 1395
      Chicago, IL 60605

   PLEASE TAKE NOTICE that on June 30, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

                              Respectfully submitted,

                              MARA S. GEORGES,
                              CORPORATION COUNSEL
                              CITY OF CHICAGO

                         By:   /s/ Rita Moran
                              RITA MORAN
                              Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-4939 Office
(312) 744-3989 Fax *New*