**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAAMI MAAT, ) | |
| ) | No: 08 C 01928 |
| Plaintiff, ) | |
| ) | Judge Blanche M. Manning |
| v. ) | |
| ) | Magistrate Judge |
| OFFICER JOHN DOE, JOHN ROE AND ) | |
| THE CITY OF CHICAGO, ) | |
| A MUNICIPAL CORPORATION, ) | Jury Demand |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Rita Moran
      Assistant Corporation Counsel
      30 North LaSalle Street-Suite 1610
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 17th day of July, 2008, I filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, the attached document.

_____s://Angela Lockett_____
s/Angela Lockett


**CERTIFICATE OF SERVICE**

I, Angela Lockett, an attorney, do hereby certify that I caused to be served a copy of **PLAINTIFF'S FIRST AMENDED COMPLAINT** on this 17th day of July, 2008, by filing a copy in the Northern District of Illinois CM/ECF system.

___s://Angela Lockett_____
s/Angela Lockett