IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAAMI MAAT, | ) | |
| | ) | No.   08 C 1928 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE BLANCH M. MANNING |
| THE CITY OF CHICAGO, a Municipal | ) | |
| Corporation, et al., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | JURY DEMAND |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Standish E. Willis
      The Law Office of Standish E. Willis, Ltd.
      407 South Dearborn Street - Suite 1395
      Chicago, IL 60605

PLEASE TAKE NOTICE that on July 25, 2008 the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's First Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be mailed to the person named above at the address shown this 25th day of July, 2008.

                    Respectfully submitted,

                    MARA S. GEORGES,
                    CORPORATION COUNSEL
                    CITY OF CHICAGO

By:   /s/ Rita Moran
      RITA MORAN
      Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
(312) 744-3989 Fax *New*