# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Raami Maat

                    Plaintiff,

v.                                         Case No.: 1:08–cv–01928
                                                     Honorable Blanche M. Manning

City Of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 9/2/2008. Plaintiff's oral motion for leave to file amended complaint is granted to be filed by 9/23/08. Status hearing continued to 10/7/2008 at 09:30 a.m. for setting discovery plan. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.